UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAIROBY HERNANDEZ,
                Plaintiff,

                                                  22 civ 5597 (JGK)

      -against-

VICTORIA ROAD, LLC.,
                Defendant.
------------------------------------------------------------X

        The conference scheduled for Tuesday, September 20, 2022, at 3:00pm, is canceled. The defendant's answer is due September 22, 2022. If the defendant fails to answer the complaint, by September 22, 2022, the plaintiff shall file default papers, ~~default papers~~, via order to show cause and pursuant to this Court's rules, by **September 30, 2022.**

**SO ORDERED.**

                                                                         JOHN G. KOELTL
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           September 13, 2022